USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2016

THE MARKS LAW FIRM, P.C.

March 11, 2016

<u>Via: ECF</u>
District Judge Gregory H. Woods
Southern District of New York
United States Courthouse
500 Pearl St.
New York NY 10007-1312
WoodsNYSDChambers@nysd.uscourts.gov

**MEMORANDUM ENDORSED**

RE: <u>Doncouse v. Ray And Frank Liquor Store Inc., A Domestic Business Corporation, And Clinton Associates</u>
Docket: <u>1:16-cv-00280 (GHW)</u>

Honorable Gregory H. Woods,

The undersigned counsel represents Plaintiff, Graciela B. Doncouse, in the above referenced matter. At this time, there is an Initial Pretrial Conference scheduled for Monday March 14, 2016 at 4:00pm. We respectfully request an adjournment of this scheduled hearing. At this time, we are currently awaiting the Defendants to answer and or respond to the complaint. Our office has also mailed out Your Honors recent March 9, 2016 Order to the Defendants.

Our office has been attempting to contact Defendants to confirm if they will appear or not in this action. Plaintiff has served Defendants, via secretary of state, on February 3, 2016, and the answer or response was due by February 26, 2016. We believe that with some more time, we can speak to the Defendants directly and hopefully they will appear on the case. If not, then Plaintiff will be left with no alternative but to move for a default (which we hope will not be the case).

Therefore, we respectfully request an adjournment of the March 14, 2016 hearing for 30 days to April 14, 2105 or soon thereafter, providing time for Plaintiff to continue to reach out to Defendants or otherwise move for default. This is the first request for an adjournment.

We thank you for your time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

Application granted. The initial pretrial conference scheduled for March 14, 2016 is adjourned to April 14, 2016 at 10:00 a.m. The joint status letter and proposed case management plan described in the Court's January 26, 2016 order are due no later than April 7, 2016. Plaintiff is directed to serve a copy of this order on defendants, and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.

Dated: March 11, 2016
New York, New York

_____
GREGORY H. WOODS
United States District Judge